IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JFM-03-0093 |
| DERRICK LAMONT SHRIEVES | * | |

\* \* \* \* \* \*

ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 25th day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706; and

3) The status report also shall be docketed as a Motion for Reduction of Sentence under 18 U.S.C. § 3582.

The Honorable J. Frederick Motz
United States District Judge