**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

<u>Via Hand-delivery</u>

March 24, 2008

**Crack Reduction -   Status Report**
**Motion to Reduce Sentence**
**Motion for Appointment of Counsel**

The Honorable J. Frederick Motz
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 5A
Baltimore, Maryland 21201

Re:   *United States v. Derrick Shrieves*
       No. JFM-03-093

Dear Judge Motz:

Please accept and docket this letter as a status report, Motion for Appointment of Counsel, and Motion to Reduce Sentence in the above-captioned case. The U.S. Probation Office has reviewed Mr. Shrieves's case and determined that he is eligible to seek a reduced sentenced under 18 U.S.C. § 3582. According to the amended calculations submitted by U.S. Probation, Mr. Shrieves's sentence could reduce from 72 months to 57 months. Mr. Shrieves's estimated release date is November 18, 2009. A fifteen month reduction should move his release date up about 13 months (to around October 2008).[1] A fifteen month reduction in sentence should also make him eligible for placement in a half-way house in the next month or so.

---

[1] The estimated release date would not move up the full amount of the sentence reduction because of the way in which BOP calculates good time credits.

The Honorable J. Frederick Motz
March 24, 2008
Page 2

      The government would have received a copy of the amended calculations from U.S. Probation, dated March 5, 2008, and hopefully will have available to it all the information necessary to state whether it opposes this motion for a reduction in sentence.

      I also request that the Court appoint my Office to represent Mr. Shrieves who has expressed a desire for representation in this matter. There does not appear to be any conflict that would prevent my Office from representing him.

      I would be happy to provide the Court with whatever additional information it may need in this case.

                                    Very truly yours

                                    Denise C. Barrett
                                    Assistant Federal Public Defender

DCB/kdw

cc:      Barbara Sale, AUSA
         Estelle Santana, USPO
         Court file
         Derrick Shrieves     #40709-037