# UNITED STATES DISTRICT COURT
## ---------------- DISTRICT OF MARYLAND ----------------

APPEARANCE

UNITED STATES OF AMERICA

v.   CRIMINAL NO. JFM-03-0093

**DERRICK LAMONT SHRIEVES**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Derrick Lamont Shrieves. I certify that I am admitted to practice in this court.

Date: March 26, 2008

                                                        *Denise C. Barrett (by mgb)*
                                                  DENISE C. BARRETT (#06734)
                                                  Assistant Federal Public Defender
                                                  Office of the Federal Public Defender
                                                  100 South Charles Street
                                                  Tower II, Suite 1100
                                                  Baltimore, Maryland 21201
                                                  (410) 962-3962