BSS/3582.MTX..wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                              Criminal No. JFM-03-0093

DERRICK SHRIEVES

...ooOoo...

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION FOR REDUCTION
OF SENTENCE UNDER 18 U.S.C. § 3582(c)**

The United States of America, by its undersigned counsel, respectfully requests a 60-day extension of time in which to respond to the defendant's Motion for relief pursuant to 18 U.S.C. § 3582(c). The reason for this request is that the United States cannot determine from the materials available the reason for the ten-level departure at sentencing. According to the presentence report, Mr. Shrieves was dealing kilo quantities of crack cocaine, and his offense level was originally 35 and his criminal history level IV, which exposed him to a sentencing range of 235-293 months. He is serving a 72-month sentence. Without a full understanding of the reasons for this sentence, the United States cannot make a recommendation to the Court concerning whether it should exercise discretion in favor of granting a further reduction. The United States needs to order a transcript of the sentencing hearing in order to determine whether Mr. Shrieves may have already received consideration as a result of the crack / powder disparity.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Barbara S. Sale
Barbara S. Sale
Assistant United States Attorney
Chief, Criminal Division

Bar No. 00307
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

Case 1:03-cr-00093-JFM    Document 205    Filed 04/25/2008    Page 2 of 3

## Certificate of Service

**I HEREBY CERTIFY** that this ___25th____ day of __April___2008, a copy of the Foregoing Government's Motion for Extension of Time to Respond to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was hand delivered via interoffice mail to:

Denise C. Barrett, AFPD
The Office of the Federal Public Defender
for the District of Maryland
Tower II, Suite 1100
100 S. Charles St.
Baltimore, MD 21201

and

Estelle Santana
Deputy Chief United States Probation Officer
United States Probation and Pretrial Services
250 W. Pratt Street
Suite 400
Baltimore, MD 21201

_____
Debra C. Lesser
Paralegal Specialist