**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

<u>Via Hand-delivery</u>

May 5, 2008

**Crack Reduction  -  Status Report**
**Motion to Dismiss Motion for Reduction of Sentence without Prejudice**

The Honorable J. Frederick Motz
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 5A
Baltimore, Maryland 21201

Re:   *United States v. Derrick Shrieves*
       No.  JFM-03-093

Dear Judge Motz:

Please accept and docket this letter as an updated status report and Motion to Withdraw Motion for Reduction of Sentence without Prejudice.

Upon consultation with Mr. Shrieves and his wife, he has decided that he does not wish to pursue a sentence reduction at this time. Because Mr. Shrieves is participating in the Bureau of Prison's Residential Drug Abuse Program, which requires a six month community transition, a sentence reduction will not benefit Mr. Shrieves.

Pursuant to U.S.S.G. § 1B1.10, application note 4(B), Mr. Shrieves would like to preserve his option to seek early termination of supervised release at the appropriate time. Hence, I am requesting that his motion to reduce sentence be dismissed without prejudice.

Enclosed is a proposed order.

The Honorable J. Frederick Motz
May 5, 2008
Page 2

                                                Very truly yours,

                                                Denise C. Barrett
                                                Assistant Federal Public Defender

DCB/kdw

Enclosure

cc:    Barbara Sale, AUSA
       Estelle Santana, USPO
       Court file
       Derrick Shrieves    #40709-037