IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JFM-03-0093 |
| DERRICK LAMONT SHRIEVES | * | |
| | * | |

\* \* \* \* \* \*

O R D E R

Upon review of the updated status report filed by the Office of the Federal Public Defender, and upon being advised that Mr. Shrieves will obtain no real reduction in his term of imprisonment should the Court grant his Motion for Sentence reduction filed on March 24, 2008, it is this 7th day of May, 2008, ordered by the United States District Court for the District of Maryland that:

1) The Motion for Reduction of Sentence under 18 U.S.C. § 3582 be dismissed without prejudice to Mr. Shrieves's right to seek at a later date early termination of supervised release.

_____
The Honorable J. Frederick Motz
United States District Judge